U.S. DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA
FILED   SEP 30 2019
CLERK

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

Application
Under Section 706 (f)
of Civil Rights Act of 1964
42 U.S.C. §2000e - 5(f)(1)

Declaring that the information I have given below is true and correct, I apply to the court for:

(☒)   Appointment of an attorney.

(☒)   Authority to commence an action without prepayment of fees, costs or security.

---

I. **Personal Financial Data**

A.   Your full name and present mailing address: WARREN SCOTT
P.O. BOX 66187
BATON ROUGE, LA 70896

Telephone: 225-344-7942

B.   Are you presently employed? Yes _____ No ✓

If the answer is "yes," give the name and address of your employer and the amount of your usual weekly salary or wages.

Weekly earnings? _____

If you are not presently employed, give the name and address of your last employer, when you last worked, and the amount of weekly salary or wages you were receiving.

The Roman Catholic Church of the Diocese of Baton Rouge / St. Jude the Apostle Catholic Church (EBRP)

Date last worked: 10-4-18    1806 South Acadian Thruway, Baton Rouge, LA. 70808

Weekly earnings: $735.00

C. Approximately how much money have you received in the past twelve months:

as wages, salary, commissions or earned income of any kind?

$ 2,940.00

as interest, dividends, rents or investments of any kind?

$ 0

as gifts or inheritance?

$ 0

from social security, unemployment compensation or any form of state or federal welfare payments or benefits?

$ 17,084.00

from pensions, annuities, workmen's compensation, disability or other insurance policies?

$ 21,460.00

from all other sources?

$ 0

D. How much money do you own or have in any checking or savings accounts?

$ 50.00

E. Do you own any real estate, stocks, bonds, notes, automobiles, boats, or other valuable property (excluding household items and clothing)?

Yes _____ No ✓

If the answer is "yes," describe the property and state its approximate value:

F.  How much money do you owe to others?

$ _143,353_

As to each debt over $100.00, state the name of the creditor and the amount owed:

Quicken Loans 101,000.00    Discovery 5,600.00
Investar Bank 10,000.00     BoA 2,200.00
Care Credit 8,100.00        Liberty Mutal 5,253.00
Chase Bank 6,000.00         Synchrony Bank 2,000.00
Walmart Master 2,100.00     Capitol one 600.00
                            City Bank 580.00

G.  List the persons who are dependent upon you for support, stating your relationship to them and how much you contribute each year toward their support.

Debra Scott

H.  Are there any other persons regularly residing in your household who are over the age of eighteen and who are presently employed?

Yes _____   No __✓__

If the answer is "yes," give the following information for each such person:

Name:

Relationship:

Employer:

Weekly earnings:

I.  Any other information which you believe supports your claim that you cannot financially afford to make payment of court fees.

## II. NATURE OF ALLEGED DISCRIMINATION

A. Describe in you own words the employment practices about which you are complaining, identifying the persons, firms, companies, unions, agencies and bodies you say have engaged in such practices. (Attach an additional sheet, if necessary.) I began my Employment with the Roman Catholic Church of the Diocese of Baton Rouge on April 1, 2006. The Location I worked at was St. Jude the Apostle Catholic Church (EBRP). During my employment, I experienced being spied on and lied on by Deacon James Morrissey Director of Administration/Human Resource Director, Keith Gaspard → Next Page

B. Have you filed with the Equal Employment Opportunity Commission (EEOC) a charge relating to such practices?

Yes ✓   No _____

If "yes," attach a copy of such charge.

C. Have you received from the EEOC a letter notifying you of your "right-to-sue" respecting such charges?

Yes ✓   No _____

If "yes," attach a copy of such letter and notice and state when you received the same.

Date received: 7-26-19   Mail Post Marked Date 7-29-19   received 8-2-19

D. Have you received from the EEOC a copy of its Determination with regard to your charges?

Yes ✓   No _____

If "yes," attach a copy of such determination. Also, if you disagree with any of the EEOC's findings or conclusions, state why: EEOC's Investigator close the case without providing a written finding of her onsite interview Respondent, therefore, I was unable to refute alleged evidence or witness statements. I believe I made a showing "prima facie" case

E. List any other information you desire to disclose which supports you claim of discriminatory employment practices. The employer reasons for discharge and "pre-textual". I was treated differently than any other employee who worked at the job-site I worked at. I was intentionally and wilfully discriminated against in the work place. work place discrimination the case should not have been dismissed.

### *11: CONTINUE TO NATURE OF ALLEGED DISCRIMINATION – PART A:*

(LNU), and the new housekeeper Kayla Daigle. In a conversation with Deacon James he said to me that I'm at retirement age, he asked me when are you going to retire that they didn't want to bury me there. In a staff meeting I was singled out as being the oldest employee there at the location I worked at. My work environment became hostile. I experienced being harassed and pressured to quit my job. When I did not I was retaliated against suspended and discharged. On October 4, 2018, I was told by my Supervisor Deacon James, that they decided to let me go and that I was being suspended for five days until Fr. Trey Nelson, Church Pastor, return to work. I had done nothing wrong. Within the five day suspension, I was called by Deacon James and was told that he and Fr. Trey wanted to meet with me. On October 11, 2018, I was discharged by Fr. Trey as a Maintenance Technician Supervisor earning $44,000 per year. The day I was discharged I asked Fr. Trey and Deacon James the reason for me being let go, neither replied. The company employs over 500 persons.

According to Deacon James on October 4, 2018, I was suspended and let go because my job performance had slowed. That was not true. I believe I have been discriminated against because of my race, Black, in violation of Title VII of the Civil Rights Act of 1964. I was the oldest in age and only Black male employed at the location I worked at. Also, while employed there almost all my job duties were given to a young White female housekeeper with less experience, and a younger White male with less experience was hired to fill my prior position.

I was employed for 12.5 years. During my employment I had all positive job reviews and pay raises. I rarely took a sick day off the time employed there.

## III. EFFORTS TO OBTAIN ATTORNEY

A. Have you talked with any attorney about handling your claim?

Yes ✓   No ____

If "yes," give the following information about each attorney with whom you talked:

Attorney: Paul F. Bell at Bell Lawfirm – referred by EEOC

When: Sept 16th – Sept 18, 2019

Where: Home

How (in person, by phone, etc.): By Email – review of Case

Why the attorney was not employed to handle your claim: He declined.

Attorney: Robert B. Landry Law Firm – referred by EEOC

When: Sept. 13th, 2019

Where: Home

How (in person, by phone, etc.): Intake Interview by phone

Why the attorney was not employed to handle your claim: He declined.

Attorney: Casey Den Law

When: Sept. 23rd – Sept 25th, 2019

Where: Home

How (in person, by phone, etc.): Email Review of Case

Why the attorney was not employed to handle your claim: She declined

B. Explain any other efforts you have made to contact an attorney to handle your claim: Contacted 8/2/19 - 9/26/19

J. Arthur Smith III – referred by EEOC, was Contacted no response.
Alex Mora Attorney – contacted – no reply
Clement Donelon Attorney – contacted – no reply.
Morgan and Morgan Lawfirm – Intake Interview – no reply
EEOC lawyer referral – Contacted all referrals.
ILG Law Group – Intake no reply
Lawyer and settlement lawyer referral service Intake no reply

C.  List any other information which supports your application for the court to appoint counsel:

Due to Financial Hardship (Loss of Employment) And other Financial obligations I'M unable to afford to hire an attorney to take my case and I cannot afford prepayment of Fees, Cost Security. I have search to Find attorney to take my case on Contigency basis to no avail.

D.  Name and address of each attorney who has represented you in the last ten years:

N/A.

## IV. ATTESTATION AND SIGNATURE

Under penalty of perjury, I declare that the information given on the preceding pages is true and correct.

Date: 9/26/2019

_Warren Scott_
Signature

P.O. Box 66187
Baton Rouge, LA.
(225) 344-7942

WITNESSES:
_Debra Scott_
_Diane Williams_