UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| SCOTT | CIVIL ACTION |
| VERSUS | 19-659-SDD-SDJ |
| THE ROMAN CATHOLIC CHURCH DIOCESE OF BATON ROUGE, ET AL. | |

### RULING

The Court, after carefully considering the *Request for Consideration to Keep Case Under Seal*,[1] the record, the law applicable to this action, and the *Report and Recommendations*[2] of United States Magistrate Judge Scott D. Johnson, dated November 18, 2020, to which no objection has been filed, hereby approves the *Report and Recommendation* of the Magistrate Judge and adopts it as the Court's opinion herein.

**ACCORDINGLY**, the Plaintiff's *Request* (Rec. Doc. 31) is hereby DENIED.

Signed in Baton Rouge, Louisiana the 3RD day of December, 2020.

_____
**CHIEF JUDGE SHELLY D. DICK
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA**

---

[1] Rec. Doc. 31.
[2] Rec. Doc. 32.